# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                          CASE NO.   23-20008-DDC-TJJ

**ANTONIO COATES, JR.,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF A FIREARM
BY A CONVICTED FELON
[18 U.S.C. § 922(g)(1)]**

On or about July 21, 2020, in the District of Kansas, the defendant,

**ANTONIO COATES, JR.,**

a defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm, which was not produced in the State of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE NOTICE**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

    A. Taurus, Model G3 9mm caliber pistol, serial number ABC395901 and ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

February 9, 2023          s/Foreperson
DATE          FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Jabari B. Wamble
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov
Ks. S. Ct. No. 22730

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.