# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                      Case No. 23-20008-DDC

**Antonio Coates, Jr.,**
        Defendant.

## Motion for Continuance

Defendant, Antonio Coates, Jr., through undersigned counsel, moves this Court to continue the current status conference for approximately 60 days and declare time excludable from speedy trial act deadline for the following reasons:

1. An initial appearance was held on February 16, 2023.

2. A detention hearing was held on February 22, 2023, and Defendant was ordered released from custody of the United States Marshal Service.

3. Discovery was received on March 10 and March 15, 2023, which consists of over 130 pages of discovery and approximately 40 minutes of audio/video files.

4. A status conference is currently scheduled for March 30, 2023.

5. Defense counsel needs additional time to meet with her client and review discovery in this case. Additional time is also required to then discuss possible dispositions. This additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6. For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id.* at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

7. Defendant, Antonio Coates, Jr., has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial time during the requested period.

8. Counsel for the government, Jabari Wamble, does not object to this request.

Wherefore, counsel for the defendant moves this Court for an order continuing the status conference for approximately 60 days, and to exclude the period from the filing of this motion to the next scheduled hearing date for the purposes of calculating deadlines under the Speedy Trial Act.

Respectfully submitted,

s/Chekasha Ramsey
CHEKASHA RAMSEY, #78476
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
Email: che_ramsey@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/Chekasha Ramsey
CHEKASHA RAMSEY, #78476